**FORT GARY FLOUR MILLS COMPANY, Limited, Libellant, v. THE Steamship BELGIUM MARU, Her Engines, etc., Kokusai Kisen Kabushiki Kaisha (Kokusai Steamship Co., Ltd.), and Pennsylvania Railroad Company, Respondents.**

District Court, S. D. New York.

March 7, 1935.

Hatch & Wolfe, of New York City (Rolf T. Michelsen, of New York City, of counsel), for libellant.

Crawford & Sprague, of New York City, for respondent Kokusai Kisen Kabushiki Kaisha.

Platt & Walker, of New York City (Dennis P. Donovan, of New York City, of counsel), for respondent Pennsylvania R. Co.

HULBERT, District Judge.

The exceptive allegations will be held proper to effectively dispose of the issues raised. I have given careful thought to the opinion of Foster, C. J., in The Scantic, 5 Cir., 40 F.2d 39, 1930 A.M.C. 899, but the reasoning in California-Atlantic Steamship Co. v. Central Door & Lumber Co., 9 Cir., 206 F. 5, and Judge Inch in El Oriente, D. C., 5 F.2d 251, is more persuasive.

Exceptions will be sustained and an order may be entered severing the action and dismissing the libel as against the Pennsylvania Railroad Company.